| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

KELLEY LEGER, §
§
       Plaintiff, §
§
versus § CIVIL ACTION NO. 1:16-CV-528
§
COWBOY MOTORSPORTS OF §
BEAUMONT, L.P., §
§
       Defendant. §

## FINAL JUDGMENT

For the reasons set forth in the court's Memorandum and Order signed September 12, 2018, it is ordered that the Final Award issued in this case in the amount of $333,548.36 is confirmed and judgment in the amount of $333,548.36 plus post-judgment interest at the rate of 2.50% per annum is entered in favor of Plaintiff Kelley Leger against Defendant Cowboy Motorsports of Beaumont, L.P.

THIS IS A FINAL JUDGMENT.

SIGNED at Plano, Texas, this 12th day of September, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE