IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| KELLEY LEGER, | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | |
| | § | |
| COWBOY MOTORSPORTS OF | § | CIVIL ACTION NO. 1:16cv00528 |
| BEAUMONT, L.P. Also Known As | § | |
| HARLEY-DAVIDSON OF | § | |
| BEAUMONT, | § | |
| *Defendant* | § | |

## SATISFACTION AND RELEASE OF JUDGMENT

On September 12, 2018, in Civil Action No. 1:16cv00528, in this United States District Court for the Eastern District of Texas, Beaumont Division, Plaintiff, Kelley Leger recovered a judgment of $333,548.36, plus interests and costs, against Defendant, Cowboy Motorsports of Beaumont, L.P., a/k/a Harley-Davidson of Beaumont. Plaintiff also attempted to domesticate this Judgment in Cause No. 2018-75666, in the District Court of Harris County, Texas, 129th Judicial District.

Plaintiff, Kelley Leger hereby acknowledges full and complete satisfaction of the Judgment and releases Defendant, Cowboy Motorsports of Beaumont, L.P., a/k/a Harley-Davidson of Beaumont from any further obligation under this Judgment or any liens or abstracts related thereto. Accordingly, the Judgment is satisfied, discharged, released, and no further proceedings, executions, or writs should be issued on said Judgment.

MOORE & ASSOCIATES

BY: *[signature: Melissa Moore]*
MELISSA MOORE
Texas State Bar No. 24013189
Lyric Centre
440 Louisiana Street, Suite 675
Houston, Texas 77702
Telephone: (713) 222-6775
Facsimile: (713) 222-6739
Email: melissa@mooreandassociates.net
*Attorney for Plaintiff, Kelley Leger*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 21st day of December in the year 2018, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served the following counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2):

Mr. Bruce M. Partain, Esq.
WELLS, PEYTON, GREENBERG & HUNT, LLP
P.O. Box 3708
Beaumont, Texas 77704

_____
MELISSA MOORE